# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2228

_____

Milos J. Jiricko, M. D.,

        Appellant,

v.

Moser & Marsalek, P. C.,

        Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri.
\*    [UNPUBLISHED]
\*
\*

_____

Submitted:   June 16, 1999

Filed:   June 24, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

Milos J. Jiricko, M.D., appeals the district court's[1] dismissal of his complaint based on res judicata and the court's imposition of sanctions. After careful review of the record, we conclude that briefing would serve no useful purpose, and we affirm for the reasons stated by the district court. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.